FILED 24 AUG '12 15:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA | DOCKET NO. 0979 3:10CR00221-001-MO |
|---|---|
| v. | ORDER REVOKING SUPERVISED RELEASE TERM, IMPOSING SENTENCE, AND REIMPOSING SUPERVISED RELEASE TERM |
| ANTONIO LEWIS HOWARD, | |
| Defendant. | |

On November 14, 2011, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 27 months to be followed by a 3-year term of supervised release subject to standard and special conditions. The term of supervised release began June 19, 2012.

On July 20, 2012, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On August 23, 2012, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The Court found the defendant had violated the conditions of supervised release by having contact and associating with known gang

members, using a controlled substance, and failing to participate in substance abuse treatment.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of 3 months.

**IT IS FURTHER ORDERED** that upon release from imprisonment, defendant is subject to reimposition of supervised release, pursuant to 18 USC § 3583(e), and is ordered to a term of supervised release for 30 months, subject to the standard conditions and the following special conditions:   1) The defendant shall obtain his GED certificate while on supervision as directed by the U.S. Probation Officer;   2) The defendant shall participate in a vocational services program as directed by the probation officer.   Such programs may include group sessions led by a counselor or participation in a program administered by the probation office;   3) The defendant shall participate in a mental health treatment program approved by the probation officer;   4) The defendant shall participate in and successfully complete a program for anger management counseling, at the direction of the probation officer;   5) The defendant shall have no contact or association with known gang members;   6) The defendant shall participate in and complete the "Better People" program as directed by the probation officer; and 7) The defendant shall reside in and participate in the program of a residential reentry center for no more than 120 days, to be released at the direction of the probation officer

DATED this __24__ day of August, 2012.

The Honorable Michael W. Mosman
U.S. District Judge